FILED

United States District Court
Northern District of Indiana
Fort Wayne Division

06 APR 24 PM 1:37

District of INDIANA CLERK
FOR THE NORTHERN DISTRICT
OF INDIANA

Linda S. BERNING
(Plaintiff)

vs. LOCAL 2209 UAW
JAMES ZENT
ORVAL PLUMLEE
(Defendant).

1:06CV0170 WCL

**LABOR /MANAGEMENT RELATIONS** Disclosure Act Complaint

Plaintiff brings a complaint against defendant _____
for ~~_____~~ set forth below.
VIOLATIONS

Plaintiff  X  DOES ____ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name: Linda S. BERNING

Plaintiff's Address: 9544 MANOR Woods Rd
FT. WAYNE, IN 46804

Plaintiff's Telephone: 260 432-1268

#1  Defendant's Name: LOCAL 2209, UAW  p.o. Box 579

Defendant's Address: 5820 E 900 N
Roanoke, IN 46783
ATTN DAVE MATTHEWS, Shop Chairman

#2  DEFENDANT NAME: JAMES Zent, LOCAL 2209 president
Address: SAME AS ABOVE

#3  DEFENDANT NAME ORVAL PLUMLEE, LOCAL 2209
Vice president

ADDRESS: SAME AS ABOVE

## II. BASIS OF CLAIM AND JURISDICTION

1. This complaint is brought pursuant to:

401 and 411 of Labor/Management Relations Disclosure Act and Jurisdiction is Based on 28 U.S.C. 1331, and 29 USCS 412

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because (if more space is needed, attach additional pages):

Defendants Violated LMRDA by denying plaintiff's Free Speech and participation rights at Local union meeting.

## IV. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following (if you need additional space, please attach additional pages):

BECAUSE I have criticized the union and its officers, and because I have filed a complaint with the NLRB, my rights of free speech and right to participate freely at union meetings have been denied or injured

## IV. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

$ 750,000.00

## VI. AFFIRMATION OF PLAINTIFF

I, LINDA S. BERNING, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this complaint and this affidavit will become and official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

*Linda S. Berning*
(Signature of Plaintiff)

4/24/06
(Date)