A0 450

# United States District Court

## Northern District of Indiana

LINDA BERNING
    Plaintiff

              JUDGMENT IN A CIVIL CASE

    v.

              **Case No. 1:06-CV-170-WCL**

LOCAL 2209 UAW; JAMES ZENT,
Local 2209 President; and ORVAL PLUMLEE,
Local 2209 Vice President
    Defendants

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Local 2209

UAW, James Zent and Orval Plumlee, and against Plaintiff Linda Berning.


              Stephen R. Ludwig, Clerk


              By  s/L. Steinke
                 Deputy Clerk

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **October 29, 2007**.